1  CARNEY R. SHEGERIAN (SBN 150461)
   CShegerian@Shegerianlaw.com
2  ANTHONY NGUYEN (SBN 259154)
   ANguyen@Shegerianlaw.com
3  CHERYL A. KENNER (SBN 305758)
   CKenner@Shegerianlaw.com
4  SHEGERIAN & ASSOCIATES, INC.
   145 South Spring Street, Suite 400
5  Los Angeles, CA 90012
   Tel: (310) 860-0770
6  Fax: (310) 860-0771

7  Attorneys for Plaintiff IKECHI AMADI
   and all others similarly situated

8

9

10              UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12

13  IKECHI AMADI, an individual, on       Case No. 2:20-cv-01977-SVW-MAA ___
    behalf of himself and all others
14  similarly situated,                   [Assigned to Hon. Stephen V. Wilson]

15              Plaintiff,                 **NOTICE OF SETTLEMENT**

16        v.

17  DELTA AIR LINES, INC., a
    Delaware corporation; and DOES 1
18  through 100, inclusive,

19              Defendants.

20

21

22

23

24

25

26

27

28

                                    1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Ikechi Amadi ("Plaintiff") and Defendant Delta Air Lines, Inc. ("Delta" or "the Company") (collectively referred to herein as the "Parties"), have settled Plaintiff's individual claims against Defendant, which will result in a dismissal of Plaintiff's individual claims with prejudice and a dismissal of the putative class claims without prejudice.  The Parties are finalizing the settlement agreement and expect have the agreement finalized within the next 7-14 days.  Once finalized, Plaintiff will promptly file a Notice of Dismissal to dismiss the entire action.

Accordingly, the Parties respectfully request that all proceedings be taken off calendar.

Respectfully submitted,

Dated:  July 31, 2020                **SHEGERIAN & ASSOCIATES, INC.**

By: */s/ Carney R. Shegerian*
    Carney R. Shegerian
    Anthony Nguyen
    Cheryl A. Kenner
    Attorneys for Plaintiff IKECHI
    AMADI and all others similarly
    situated