Carney R. Shegerian, SBN 150461
CShegerian@Shegerianlaw.com
Anthony Nguyen, SBN 259154
ANguyen@Shegerianlaw.com
Cheryl Kenner, SBN 305758
CKenner@Shegerianlaw.com
**SHEGERIAN & ASSOCIATES, INC.**
145 South Spring Street, Suite 400
Los Angeles, CA 90012
Telephone: (310) 860-0770

Attorneys for Plaintiff IKECHI AMADI
and all others similarly situated

Robert Jon Hendricks, SBN 179751
rj.hendricks@morganlewis.com
Nicole L. Antonopoulos, SBN 306882
nicole.antonopoulos@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    (415) 442-1000
Fax:    (415) 442-1001

Andrew P. Frederick, SBN 284832
**MORGAN, LEWIS & BOCKIUS LLP**
1400 Page Mill Road
Palo Alto, CA 94304
Tel:    (650) 843-4000
Fax:    (650) 843-4001
andrew.frederick@morganlewis.com

Attorneys for Defendant
DELTA AIR LINES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IKECHI AMADI, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-01977-SVW-MAA<br><br>[Assigned to Hon. Stephen V. Wilson]<br><br>**STIPULATION FOR DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE AND PUTATIVE CLASS ACTION CLAIMS WITHOUT PREJUDICE** |

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that Plaintiff Ikechi Amadi ("Plaintiff") and

3  Defendant Delta Air Lines, Inc. ("Defendant") (collectively, the "Parties") hereby

4  stipulate and agree, through their respective counsel of record, pursuant to the Parties'

5  signed settlement agreement, that the above referenced action shall be dismissed in its

6  entirety—with prejudice as to Plaintiff's individual claims and without prejudice as to

7  all putative class action claims—pursuant to Federal Rules of Civil Procedure, Rule

8  41(a)(1)(A)(ii).  The Parties further stipulate and agree that each Party shall bear their

9  own attorneys' fees and costs.  All parties that have appeared in this action have

10  consented and agreed to the dismissal of this action pursuant to this Stipulation, and

11  accordingly this dismissal is effective "without a court order" pursuant to Fed. R. Civ.

12  P. 41(a)(1)(A)(ii).

13      **IT IS SO STIPULATED:**

14

15  Dated:  September 4, 2020          **SHEGERIAN & ASSOCIATES, INC.**

16                        */s/ Carney R. Shegerian*

17                        Carney R. Shegerian
                        Anthony Nguyen
18                        Cheryl A. Kenner

19
                        Attorneys for Plaintiff
20                        IKECHI AMADI

21

22  Dated:  September 4, 2020          **MORGAN, LEWIS & BOCKIUS LLP**

23                        */s/ Andrew P. Frederick*

24                        Robert Jon Hendricks
25                        Andrew P. Frederick

26
                        Attorneys for Defendant
27                        DELTA AIR LINES, INC.

28

-2-